# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

No. 1D20-2909

———————————————————

TASHA ROYSTER,

    Appellant,

    v.

NORMAN BURMAN, JEROME
MADISON, PHILLIP MADISON, JR.,
BRENDA ROBINSON, and THE
ESTATE OF CLEASTER YOUNG,

    Appellees.

———————————————————

On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

September 29, 2021

PER CURIAM.

DISMISSED. *See* Fla. R. App. P. 9.130(a)(5) (allowing review of orders entered on only "authorized and timely" motions for relief from judgment).

B.L. THOMAS, BILBREY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Tasha Royster, pro se, Appellant.

Andrew J. Power and Susan S. Thompson of Smith, Thompson, Shaw, Colón & Power, P.A., Tallahassee, for Appellees.